## No. 5602.

### PAUL LE BLANC VS. N. C. SELBY ET AL.

A suit on a rent note for ninety dollars, with the allegation that it is one of a series given under a contract of lease for six months, each of the nine being for that sum, and a prayer for judgment for ninety dollars, and for such other sums as many become due under the lease before judgment, is within the jurisdiction of the District Court, and when all the notes matured before judgment, is within the jurisdiction of this court.

MARR, J. The suit was really on the lease. At the time suit was brought only one of the notes was due, but judgment is prayed for such other sum as may become due. Nor was it necessary to file a supplemental petition after all had become due. The prayer of the original petition covered them.

*Judgment affirmed.*

---

## No. 5490.

### JOB SMITH VS. WILLIAM DURBRIDGE.

In a suit to recover property alleged to have been deposited with the defendant for safe keeping, when the defence is that the property was received as a pledge to secure a debt, and the evidence fails to sustain it, the plaintiff will have judgment, although his own proof is not entirely satisfactory.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J.

*Bartlette* for Plaintiff. *Cutler* for Defendant Appellant.

EGAN, J., delivered the opinion affirming the judgment.